UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Eugenia Doucette, et al.

       v.                                  Civil No. 14-cv-00012-LM

GE Capital Retail Bank et al

## J U D G M E N T

In accordance with the following orders, judgment is hereby entered:

1. Order dated September 15, 2014, by District Judge Landya B. McCafferty, granting in part Motion to Dismiss for Failure to State a Claim.

2. Order dated October 2, 2014, by District Judge Landya B. McCafferty, granting Motion for partial Judgment on the Pleadings.

3. Notice of Voluntary Dismissal as to Count II against GECRB, dated December 9, 2014, and

4. Stipulation of Dismissal as to all remaining Counts against NCO Financial Systems, Inc., dated February 23, 2015.

                                                By the Court,

                                                **/s/ Daniel J. Lynch**
                                                Daniel J. Lynch
                                                Clerk of Court

Date: February 24, 2015

cc: Michael T. Racine, Esq.
R. Matthew Cairns, Esq.
Aaron R. Easley, Esq.
Jonathan Eck, Esq.